BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-MC-00038-TLN-CKD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $34,400.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $21,013.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Kyle Larson ("claimants" or "Larson") and Ryan Raymond ("claimants" or "Raymond"), by and through their respective counsel, as follows:

1. On or about February 2, 2015, claimants Larson and Raymond filed claims in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $34,400.00 in U.S. Currency (the "Larson defendant currency") and Approximately $21,013.00 in U.S. Currency (the "Raymond defendant currency" and together with the Larson defendant currency, collectively, the "defendant currency"), which was seized on November 18, 2014.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 29, 2015.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 29, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 29, 2015.

Dated:    4/27/15

BENJAMIN B. WAGNER
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:    4/27/15

 /s/ Craig E. Cascarano
CRAIG E. CASCARANO
Attorney for Claimants
Kyle Larson & Ryan Raymond

(Authorized by phone)

IT IS SO ORDERED

Dated: April 30, 2015

Troy L. Nunley
United States District Judge

2

Stipulation to Extend Time to File Complaint