BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-MC-00038-TLN-CKD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $34,400.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $21,013.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Kyle Larson ("claimants" or "Larson") and Ryan Raymond ("claimants" or "Raymond"), by and through their respective counsel, as follows:

1.       On or about February 2, 2015, claimants Larson and Raymond filed claims in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $34,400.00 in U.S. Currency (the "Larson defendant currency") and Approximately $21,013.00 in U.S. Currency (the "Raymond defendant currency" and together with the Larson defendant currency, collectively, the "defendant currency"), which was seized on November 18, 2014.

2.       The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

Stipulation to Extend Time to File Complaint

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 29, 2015.

4.     By Stipulation and Order filed May 1, 2015, the parties stipulated to extend to May 29, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 28, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

2

1    6.    Accordingly, the parties agree that the deadline by which the United States shall be

2 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3 alleging that the defendant currency is subject to forfeiture shall be extended to July 28, 2015.

4 Dated:    5/26/15                          BENJAMIN B. WAGNER
                                             United States Attorney
5
                                              /s/ Kevin C. Khasigian
6                                            KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney
7

8 Dated:    5/26/15                           /s/ Craig E. Cascarano
9                                            CRAIG E. CASCARANO
                                             Attorney for Claimants
10                                           Kyle Larson & Ryan Raymond

11                                           (Authorized by phone)

12

13 IT IS SO ORDERED

14 Dated:  May 28, 2015

15

16                                           Troy L. Nunley
                                             United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

3